ANNIE SCHOTT, as Administratrix of the Estate of JOHN SCHOTT, Deceased, Respondent. *v.* THE UNITED STATES PRINTING COMPANY, Appellant.

*Schott* v. *U. S. Printing Co.*, 169 App. Div. 963, affirmed.
(Argued November 3, 1916; decided November 21, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered June 16, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, his employer. The deceased was foreman of the men engaged in making packing boxes in the defendant's printing establishment, his principal duty, however, being to operate the circular saws, by means of which boards of various sizes were cut into the required shape and size for the making of these boxes. The plaintiff claims that a stick was thrown by a circular saw and struck the deceased causing a fatal injury, and demands damages, alleging that the defendant negligently failed to comply with section 81 of the Labor Law, requiring circular saws to be "properly guarded."

*Frank Verner Johnson* and *Amos H. Stephens* for appellant.

*Edwin D. Webb* and *Frederick N. Van Zandt* for respondent.

Judgment affirmed, with costs: no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ.